IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00929-WJM-MJW

DARRELL GASH,

Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,
DENVER FIRE DEPARTMENT,
DENVER POLICE DEPARTMENT, AND
DENVER HEALTH MEDICAL CENTER,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendants' Unopposed Motion for Protective Order (docket no. 28) is GRANTED finding good cause shown. The written Protective Order (docket no. 28-2) is APPROVED as amended in paragraphs 12 and 13 and made an Order of Court.

Date:   July 10, 2012