**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-0929-WJM-MJW

DARRELL GASH

      Plaintiff,
v.

CITY AND COUNTY OF DENVER, THE,
DENVER FIRE DEPARTMENT,
DENVER POLICE DEPARTMENT, and
DENVER HEALTH MEDICAL CENTER

      Defendants.

---

**ORDER OF RECUSAL**

---

This matter is before Court *sua sponte*.

Section 455(a) of Title 28 of the United States Code states that "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." A trial judge must recuse himself when there is an appearance of bias, regardless of whether there is actual bias. *Nichols v. Alley*, 71 F.3d 347, 350 (10th Cir. 1995). The test is whether a reasonable person, knowing all the relevant facts, would harbor doubts about the judge's impartiality. *Hinman v. Rogers*, 831 F.2d 937, 939 (10th Cir. 1987).

The undersigned's spouse is employed at Defendant Denver Health in a senior management position. Based on her relationship to both the undersigned and Defendant Denver Health, I find that a reasonable person would harbor doubts about my impartiality. As a result, recusal is required by 28 U.S.C. § 455(a), and I hereby

recuse myself from this case. It is therefore

ORDERED that the Judge's file be returned to the Clerk's office for the case to be reassigned by random draw.

Dated this 22nd day of August, 2012.

BY THE COURT:

*[signature]*

William J. Martínez
United States District Judge